CHINN *v.* RUSSELL, in Error.

THE defendant in replevin avowed the taking of the goods, by virtue of his office as sheriff, on an execution against a third person to whom they belonged. The plaintiff pleaded property in himself. The jury found that some of the goods were the plaintiff's, and that some were not his. Judgment on the verdict, and that each party should recover his costs. *Held,* that, as each party had succeeded, each was entitled to costs; and that the judgment was right. *Powell* v. *Hinsdale,* 5 Mass. 343.